TOOLE & PRICE *et al.*, plaintiffs in error, *vs.* THE FIRST NATIONAL BANK OF AMERICUS, defendant in error.

1. Where, in an action of trover, the conversion is alleged to have been on a day subsequent to the commencement of the suit, it may be amended by substituting a day prior to the filing of the writ.

2. The declarations of an agent in reference to certain property, are not admissible against his principal or those claiming under him, unless it appear that his agency extended to or included such property.

3. The question whether or not the cotton in controversy was included in the contract under which the plaintiffs in error claim, having been fairly submitted to the jury, and there being positive testimony to support the verdict, there is no legal ground for setting it aside.

TRIPPE, Judge.

---

FLANNAGAN, ABELL & COMPANY, plaintiffs in error, *vs.* COLBERT & McAFEE, defendants in error.

Under the evidence the verdict was contrary to the charge of the court and the law applicable to the case.

TRIPPE, Judge.

---

J. W. WHEATLEY & COMPANY, plaintiffs in error, *vs.* JAMES P. WALKER *et al.*, defendants in error.

[McCAY, Judge, did not preside in the above case, on account of relationship to one of the parties.]

J. J. SUMMERLIN, plaintiff in error, *vs.* CLESLEY WHITTLE, defendant in error.

CALEB TOMPKINS, plaintiff in error, *vs.* LYDIA A. LYMAN, defendant in error.

Under the testimony before the chancellor at the hearing of the application for the injunction, there was no abuse of discretion in his refusal to grant the writ.